THE STATE, EX REL. SMITH, APPELLANT, *v.*
MCGETTRICK, JUDGE, ET AL., APPELLEES.

[Cite as State, ex rel. Smith, *v.* McGettrick (1984), 12 Ohio St. 3d 54.]

(No. 83-305—Decided July 3, 1984.)

*Mr. Claude E. Smith III, pro se.*

*Per Curiam.* R.C. 2953.21 through 2953.23 provide no exact timetable for determinations or hearings on petitions seeking postconviction relief pursuant to its provisions. Considering the times for pleading allowed by the statutes, a period of approximately two months between the filing of the petition in the trial court and the filing of this mandamus action is not a sufficient length of time to require the extraordinary remedy of mandamus. See *State, ex rel. Lowe,* v. *Common Pleas Court* (1977), 49 Ohio St. 2d 168 [3 O.O.3d 215].

Accordingly, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.